UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LAKESHIA EDMOND ET AL.,

   Plaintiff.

v.                                           No. 4:21-cv-1250-P

BRAP, LLC ET AL.,

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Hal R. Ray, Jr. made Findings, Conclusions, and a Recommendation ("FCR") in this case on November 29, 2021. ECF No. 5. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR. Accordingly, Plaintiff's claims against Defendants are **DISMISSED with prejudice**.

**SO ORDERED** on this **16th day of December, 2021**.

_____
Mark T. Pittman
United States District Judge